IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY SAMUEL HURST,
ADC #120472                                                                    PETITIONER

v.                             No. 5:15-cv-41-DPM

PAYNE, Warden, Wrightsville Unit,
Arkansas Department of Correction                                RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation, № 14, as modified and overrules Hurst's objections, № 15. FED. R. CIV. P. 72(b)(3). Hurst's petition, № 1, will be dismissed without prejudice. The record is not clear about whether Hurst met his deadline for filing a state post-conviction petition. № 10 at 6-7. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015