IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY SAMUEL HURST,
ADC #120472                                                                    PETITIONER

v.                          No. 5:15-cv-41-DPM

PAYNE, Warden, Wrightsville Unit,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Hurst's petition for a writ of habeas corpus is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015